**Jennifer L. HEAD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52715.**

Missouri Court of Appeals,
Western District.

Nov. 26, 1996.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John M. Morris, Assistant Attorney General, Jefferson City, for respondent.

---

1. All statutory references are to RSMo 1994 unless otherwise noted.

Before SMART, P.J., and SPINDEN and ELLIS, JJ.

### *ORDER*

PER CURIAM:

Jennifer L. Head appeals from the denial of her Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).